UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WAYNE ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT K. RICHINS,<br><br>    Defendant. | Case No. 16-cv-05067-LHK (RMI)<br><br>**REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING** |

A settlement conference was held on August 22, 2018, and the results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, and each possessed the requisite settlement authority:

   ( X ) Plaintiff, Bruce Wayne Allen, Pro Se.

   ( ) Warden or warden's representative

   ( ) Office of the California Attorney General

   ( X ) Other: San Francisco City Attorney, Susan Kawala

(2) The following individuals, parties, and/or representatives did not appear:

_____

(3) The outcome of the proceeding was:

   ( X ) The case has been completely settled.

   ( ) The case has been partially resolved and counsel for defendants shall file a joint stipulation regarding those claims which have been resolved. The issues outlined on the sheet attached remain for this Court to resolve.

/ / /

( ) The parties are unable to reach an agreement at this time.

**IT IS SO ORDERED.**

Dated: 8/27/2018

ROBERT M. ILLMAN
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE WAYNE ALLEN,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT K. RICHINS,<br><br>    Defendant. | Case No. 16-cv-05067-LHK (RMI)<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on August 27, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Bruce Wayne Allen ID: BA1166
California State Prison - Sacramento Facility/Bed B-1-109
P.O. Box 290066
Represa, CA 95671


Dated: August 27, 2018

                                          Susan Y. Soong
                                          Clerk, United States District Court

                                          By: /s/ Gloria Knudson
                                          Gloria Knudson, Deputy Clerk to the
                                          Honorable ROBERT M. ILLMAN